

FILED

OCT 3 0 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: 8221 Silverside Drive Antelope, California; 5384 Baccus Way, Sacramento, California; Person of Arthur CHALHOUB; Person of Andrew Ray BLAXON, Jr.; One white 2006 Ford truck, CA Lic. No. 8M72133; One grey 2008 Ford truck, CA Lic. No. 8P06915; and Vehicles over which any owner, occupant, or resident of the premises has dominion and control at time of warrant. | Case No. 08-SW-0474 KJM |

U N S E A L I N G   O R D E R

Upon Application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that each of the Search Warrant Affidavit and the Search Warrants filed under seal in Case No. 08-SW-0474 hereby are ordered UNSEALED.

DATED: 10/30/08

_____
KIMBERLY J. MUELLER
UNITED STATES MAGISTRATE JUDGE